**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT STROUGO** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 18-3635** |
| | : | |
| **LANNETT COMPANY, INC.,** *et al.* | : | |

## ORDER

**AND NOW**, this 9th day of November 2018, upon considering the parties' joint Motion to extend time (ECF Doc. No. 17) showing good cause based upon a need for a consolidated complaint following appointment of lead Plaintiff and lead counsel, it is **ORDERED** the parties' joint Motion (ECF Doc. No. 17) is **GRANTED**:

1.      Counsel and all parties must be familiar with this Court's Policies and Procedures at www.paed.uscourts.gov;

2.      The lead Plaintiff shall file a consolidated class action amended complaint no later than **December 19, 2018**;

3.      Defendants may respond to the consolidated amended complaint no later than **January 15, 2019**; and,

4.      We will schedule a Rule 16 Initial Pretrial Conference following the close of pleadings.

**KEARNEY, J.**