# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT STROUGO** | : | **CIVIL ACTION** |
| v. | : | **NO. 18-3635** |
| **LANNETT COMPANY, INC.,** *et al.* | : | |

## ORDER

**AND NOW,** this 30th day of November 2018, upon considering competing Motions for appointment of lead Plaintiff and counsel (ECF Doc. Nos. 6, 7), Responses in opposition (ECF Doc. Nos. 20, 21), following a noticed hearing, and for reasons in the accompanying Memorandum, it is **ORDERED** Soe Wong and Michael Hoeltzel's Motion (ECF Doc. No. 6) is **GRANTED** and IBEW Local 98 Pension Fund's Motion (ECF Doc. No. 7) is **DENIED**:

1. Soe Wong and Michael Hoeltzel shall serve as lead Plaintiffs consistent with their fiduciary obligations, representations (ECF Doc. No. 6-2), and under our November 9, 2018 Order (ECF Doc. No. 19);

2. Approved Lead Counsel Levi & Korsinsky shall either personally or through counsel designated by it, coordinate:

    a. the briefing and argument of motions;

    b. the conduct of discovery proceedings;

    c. the examination of witnesses;

    d. the selection of counsel as spokesperson at pretrial conferences;

    e. meetings of the plaintiffs' counsel as necessary and appropriate;

    f. all settlement negotiations with defendants;

  g. the pretrial discovery proceedings, trial preparation and the trial of this matter, and to delegate work responsibilities to selected counsel as may be required;

  h. the preparation and filings of pleadings; and,

  i. all other matters concerning the prosecution or resolution of the asserted claims;

3. No motion, discovery request, or other pretrial proceedings shall be initiated or filed by Plaintiffs without Lead Counsel's approval, so as to prevent duplicative pleadings or discovery and no settlement negotiations shall be conducted without Lead Counsel's approval;

4. Service of pleadings, motions, or other papers, except those specifically addressed to a plaintiff other than Lead Plaintiff, shall be completed upon service of Lead Counsel;

5. Lead Counsel shall be the contact between Plaintiff's counsel and Defendants' counsel, as well as the spokespersons for all Plaintiff's counsel, and shall direct and coordinate the activities of Plaintiff's counsel, as well as be the contact with the Court;

6. When a case arising out of the subject matter of this action is later filed, or transferred from another court, the Clerk of this Court shall:

  a. file a copy of this Order in the separate file for such action; and,

  b. make the appropriate entry on the docket for this action;

7. Each new case arising out of the subject matter of this case either filed or transferred to this Court shall be consolidated with this case unless a party objecting to this Order shall, within ten (10) days of service of this Order, moves for relief from this Order and we grant this Motion;

8. Until further Order, the parties shall take reasonable steps to preserve all documents within their possession, custody or control, including computer-generated and stored information and materials such as computerized data and electronic mail, containing information relevant to or

which may lead to the discovery of information relevant to the subject matter of the pending litigation.

                                                                                                            _____
                                                                                                            KEARNEY, J.