## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT STROUGO** | **: CIVIL ACTION** |
| | : |
| **v.** | **: NO. 18-3635** |
| | : |
| **LANNETT COMPANY, INC.,** *et al.* | : |

## ORDER

**AND NOW,** this 13th day of March 2019, upon considering Defendants' Motion to dismiss (ECF Doc. No. 48), Plaintiff Opposition (ECF Doc. No. 52), Defendants' Reply (ECF Doc. No. 55), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 48) is **GRANTED in part** and **DENIED in part**:

1. Plaintiffs may proceed into discovery on claims against all Defendants challenging February 8, 2018 and May 9, 2018 statements describing Jerome Stevens' then "significant" or "large" shareholder interests in Lannett Company;

2. Defendants shall file an answer on this claim no later than **March 27, 2019**; and,

3. All other claims are **dismissed**.

KEARNEY, J.