## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STROUGO, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> v.<br><br>LANNETT COMPANY, INC. TIMOTHY C. CREW and MARTIN P. GALVAN,<br><br>      Defendants. | Case No. 2:18-cv-03635-MAK |

## **CERTIFICATE OF SERVICE**

I, Ryan M. Ernst, Esquire, hereby certify that a true and correct copy of the foregoing *Motion to Approve Settlement* and all supporting documents have been electronically filed this 12th day of July, 2019, and is available for viewing and downloading via the Court's CM/ECF system, which will send notification of same to all counsel of record.

Dated:  July 12, 2019

**O'KELLY ERNST & JOYCE, LLC**

*/s/ Ryan M. Ernst*
Ryan M. Ernst (No. 202191)
901 N. Market Street, Ste. 1000
Wilmington, DE 19801
(302) 778-4002
rernst@oelegal.com