IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT STROUGO** | : CIVIL ACTION |
| | : |
| v. | : NO. 18-3635 |
| | : |
| **LANNETT COMPANY, INC.,** *et al.* | : |

## ORDER

**AND NOW,** this 16th day of July 2019, upon considering the lead Plaintiff's unopposed Motion for preliminary approval of a settlement (ECF Doc. No. 69), without opposition, and consistent with our obligation to review the notice and terms, it is **ORDERED** we shall hold a hearing on **Tuesday, July 30, 2019** at **10:00 A.M.** in Courtroom 6B on the pending unopposed Motion for preliminary approval of a settlement (ECF Doc. No. 69).

_____
KEARNEY, J.