UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robert Strougo, on Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  v.<br><br>Lannett Company, Inc., et al.<br><br>        Defendants. | Case No. 2:18-cv-03635-MAK<br><br>**SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES** |

I, Adam M. Apton, hereby declare as follows:

  1.  I am a partner of the law firm of Levi & Korsinsky, LLP, attorneys for Lead Plaintiffs Soe Wong and Michael Hoeltzel ("Plaintiffs") and Lead Counsel in this Action. I am admitted to practice before this Court *pro hac vice* and have personal knowledge of the various matters set forth herein based on my day-to-day participation in the prosecution and settlement of this Action. I submit this Supplemental Declaration in further support Plaintiffs' Motions for Final Approval of the Settlement and Award of Attorneys' Fees and Reimbursement of Litigation Expenses.

  2.  Attached hereto as Exhibit A is my firm's billing record for this matter (with minor corrections for typographical errors and syntax and redactions for privileged material). The declaration previously submitted in support of the motions included a summary of these records reflecting the various attorneys who worked on the matter and the hours they spent on the matter, among other things. The attached billing record provides that same information but in greater detail and includes descriptions for each billing entry.

3.      While preparing the attached exhibit, I identified a series of time entries belonging to attorney Alexander A. Krot that should not have been included on this matter. These entries were for work done in another matter but were erroneously filed under the wrong matter number. The time entries amounted to a total of 60.2 hours. They have been removed from the attached exhibit. The correct total number of hours spent on this matter by my firm was 370.55 hours.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of January 2020.

_____
Adam M. Apton

## EXHIBIT A

| Date | Lawyer | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|
| 8/28/2018 | CC | 0.25 | 495.00 | 123.75 | Emailed shareholder |
| 8/29/2018 | CC | 0.50 | 495.00 | 247.50 | Emailed shareholders |
| 8/30/2018 | CC | 0.25 | 495.00 | 123.75 | Emailed shareholders |
| 8/31/2018 | CC | 0.50 | 495.00 | 247.50 | Emailed shareholders |
| 10/8/2018 | AAK | 0.25 | 575.00 | 143.75 | Reviewed Lead Plaintiff submissions |
| 10/12/2018 | CC | 0.25 | 495.00 | 123.75 | Emailed shareholders |
| 10/15/2018 | CC | 0.50 | 495.00 | 247.50 | Called and emailed shareholders |
| 10/17/2018 | AAK | 0.50 | 575.00 | 287.50 | Client intake |
| 10/17/2018 | CC | 0.25 | 495.00 | 123.75 | Emailed shareholders |
| 10/18/2018 | CC | 0.25 | 495.00 | 123.75 | Emailed shareholders |
| 10/22/2018 | AAK | 0.75 | 575.00 | 431.25 | Evaluated losses and prepared for filing |
| 10/24/2018 | AAK | 0.25 | 575.00 | 143.75 | Prepared for upcoming filing |
| 10/24/2018 | CC | 0.50 | 495.00 | 247.50 | Emailed and called shareholders |
| 10/25/2018 | AAK | 5.25 | 575.00 | 3018.75 | Conducted loss calculations; calls with client; research, joint call, drafted joint declaration, email to clients |
| 10/25/2018 | CC | 0.25 | 495.00 | 123.75 | Emailed shareholders |
| 10/26/2018 | AAK | 3.00 | 575.00 | 1725.00 | Drafted Lead Plaintiff papers and arranged filing |
| 10/27/2018 | AAK | 0.25 | 575.00 | 143.75 | Reviewed competing movants; loss charts |
| 10/29/2018 | AAK | 0.25 | 575.00 | 143.75 | Reviewed docket and local rules/Judge's rules in regards to response and reply |
| 11/5/2018 | AAK | 0.75 | 575.00 | 431.25 | Reviewed letter, conducted research re same, emailed client questions, emails regarding client questions |
| 11/6/2018 | AMA | 0.50 | 765.00 | 382.50 | Drafted letter to Pomerantz re LP motion |
| 11/6/2018 | AAK | 0.25 | 575.00 | 143.75 | Discussed with Adam Apton regarding letter to Pomerantz |
| 11/7/2018 | ZAG | 0.50 | 265.00 | 132.50 | File management re initiating documents |
| 11/7/2018 | AAK | 0.50 | 575.00 | 287.50 | Reviewed docket |
| 11/8/2018 | AAK | 1.50 | 575.00 | 862.50 | Drafted and edited Lead Plaintiff opposition |
| 11/9/2018 | AAK | 6.75 | 575.00 | 3881.25 | Drafted and edited Lead Plaintiff opposition |
| 11/12/2018 | AAK | 3.00 | 575.00 | 1725.00 | Drafted Lead Plaintiff reply |
| 11/14/2018 | AAK | 3.25 | 575.00 | 1868.75 | Drafted Lead Plaintiff reply |
| 11/15/2018 | AAK | 2.50 | 575.00 | 1437.50 | Drafted and edited Lead Plaintiff reply |
| 11/26/2018 | AMA | 3.00 | 765.00 | 2295.00 | Prepared for upcoming hearing regarding lead plaintiff |

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11/27/2018 | AMA | 5.00 | 765.00 | 3825.00 | Traveled to and from and attended lead plaintiff hearing |
| 12/11/2018 | MG | 0.25 | 455.00 | 113.75 | Overview meeting with Adam Apton |
| 12/12/2018 | MG | 8.75 | 455.00 | 3981.25 | Reviewed original complaint and researched case |
| 12/13/2018 | MG | 7.75 | 455.00 | 3526.25 | Drafted Amended Complaint |
| 12/13/2018 | MG | 0.50 | 455.00 | 227.50 | Meeting with Adam Apton to discuss case |
| 12/18/2018 | MG | 10.25 | 455.00 | 4663.75 | Researched, drafted Amended Complaint & discussed & emailed with Adam Apton about research for case |
| 12/18/2018 | AMA | 2.50 | 765.00 | 1912.50 | Supplemented/revised amended complaint |
| 12/19/2018 | MG | 0.25 | 455.00 | 113.75 | Discussed case with Adam Apton |
| 12/19/2018 | MG | 0.75 | 455.00 | 341.25 | Read CW reports |
| 12/19/2018 | MG | 7.50 | 455.00 | 3412.50 | Final edits to Amended Complaint |
| 12/19/2018 | AMA | 5.25 | 765.00 | 4016.25 | Supplemented and revised amended complaint |
| 1/25/2019 | AMA | 2.00 | 765.00 | 1530.00 | Reviewed defendants' motion to dismiss |
| 1/27/2019 | AMA | 3.00 | 765.00 | 2295.00 | Outlined opposition re motion to dismiss |
| 1/29/2019 | AMA | 5.50 | 765.00 | 4207.50 | Drafted opposition re motion to dismiss |
| 1/30/2019 | AMA | 6.50 | 765.00 | 4972.50 | Drafted opposition re motion to dismiss |
| 1/31/2019 | AMA | 6.75 | 765.00 | 5163.75 | Drafted opposition re Motion to dismiss |
| 2/1/2019 | AMA | 2.50 | 765.00 | 1912.50 | Supplemented and revised opposition re motion to dismiss |
| 3/13/2019 | MG | 0.25 | 455.00 | 113.75 | Discussed case with Adam Apton case with AA |
| 3/13/2019 | AMA | 2.00 | 765.00 | 1530.00 | Reviewed court order re motion to dismiss |
| 3/13/2019 | AMA | 1.00 | 765.00 | 765.00 | Researched local rules and practice for Kearney, J. |
| 3/13/2019 | NIP | 0.50 | 925.00 | 462.50 | Conference with Adam Apton re Motion to dismiss decision |
| 3/14/2019 | AMA | 1.25 | 765.00 | 956.25 | Discussed strategy re discovery with Lannett team |
| 3/14/2019 | NIP | 0.50 | 925.00 | 462.50 | Conference with Adam Apton re discovery and Motion to dismiss decision |
| 3/15/2019 | AAK | 6.00 | 575.00 | 3450.00 | Reviewed amended complaint, order on Motion to dismiss, order re. initial conference, and judge's practice rules; online research re. allegations in complaint; reviewed rules re. Pro hac vice and assisted in preparation; emails with local re. Pro hac vice; conversations with Adam Apton and |

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| | | | | | Nicholas Porritt re. Rule 26 disclosures; begin drafting rule 26(a) disclosures; calendared deadlines re. above |
| 3/15/2019 | AMA | 1.50 | 765.00 | 1147.50 | Outlined initial disclosures per Rule 26 |
| 3/15/2019 | NIP | 1.50 | 925.00 | 1387.50 | Conference with Adam Apton re chedule and initial disclosures; conference with Alex Krot re initial disclosures |
| 3/17/2019 | AAK | 3.00 | 575.00 | 1725.00 | Internet research re. 26(a) disclosures and draft and edit 26(a) initial disclosures |
| 3/18/2019 | AAK | 0.75 | 575.00 | 431.25 | Called clients and conversations with Adam Apton re. Rule 26 disclosures |
| 3/18/2019 | AAK | 4.00 | 575.00 | 2300.00 | Performed online research and reviewed SEC filings and court filings concerning potential additional individuals with relevant information and edited rule 26(a) disclosures |
| 3/18/2019 | AAK | 0.25 | 575.00 | 143.75 | Researched addresses for Rule 26(a) disclosures |
| 3/18/2019 | AAK | 0.25 | 575.00 | 143.75 | Call with Client Wong re. [redacted] |
| 3/18/2019 | NIP | 1.00 | 925.00 | 925.00 | Reviewed initial disclosures; conference with Adam Apton re initial disclosures, damages and discovery |
| 3/19/2019 | AAK | 2.00 | 575.00 | 1150.00 | Reviewed amended complaint to identify and drafted initial search terms; conversation with AMA re. search terms and production; Drafted emails to clients re. [redacted]; call with client Hoeltzel re. [redacted] |
| 3/19/2019 | AAK | 0.50 | 575.00 | 287.50 | Drafted motion for Pro hac vice by Ryan Ernst; reviewed rules re. Pro Hac Vice; send to local for finalizing and filing |
| 3/20/2019 | AAK | 2.50 | 575.00 | 1437.50 | Calls and emails with clients and SM re. [redacted] |
| 3/20/2019 | AAK | 0.25 | 575.00 | 143.75 | Conversation with Adam Apton re. Rule 26 conference |
| 3/20/2019 | AMA | 2.50 | 765.00 | 1912.50 | Prepared for upcoming Rule 26(f) conference |
| 3/21/2019 | AAK | 2.75 | 575.00 | 1581.25 | Calls with client; assisted with obtaining documents for production; assist Bianca Budhai with obtaining documents from client |
| 3/21/2019 | AAK | 2.00 | 575.00 | 1150.00 | Prepared for and participated in Rule 26(f) conference |

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 3/21/2019 | AMA | 2.00 | 765.00 | 1530.00 | Supplemented/revised initial disclosures per Rule 26 |
| 3/21/2019 | AMA | 3.50 | 765.00 | 2677.50 | Prepared for and attended telephonic Rule 26(f) conference |
| 3/22/2019 | AAK | 7.75 | 575.00 | 4456.25 | Calls and emails with client re. [redacted]; reviewed client produced documents; prepared documents for production |
| 3/22/2019 | JC | 0.25 | 265.00 | 66.25 | discussion re Lannett |
| 3/22/2019 | JC | 1.25 | 265.00 | 331.25 | plaintiff production creation and communication re same |
| 3/25/2019 | AAK | 1.00 | 575.00 | 575.00 | Coordinated receiving documents from clients and distribution to defendants |
| 3/25/2019 | AAK | 0.25 | 575.00 | 143.75 | Call with client |
| 3/25/2019 | AAK | 5.00 | 575.00 | 2875.00 | Drafted Rule 26f report and Conversations with Adam Apton re. same |
| 3/25/2019 | AMA | 2.00 | 765.00 | 1530.00 | Supplemented/revised draft joint report per Rule 26(f) |
| 3/26/2019 | AAK | 2.00 | 575.00 | 1150.00 | Drafted stipulated facts and reviewed relevant local and judges' rules; contacted clients |
| 3/26/2019 | AAK | 1.50 | 575.00 | 862.50 | Edited stipulated facts |
| 3/26/2019 | AMA | 4.25 | 765.00 | 3251.25 | Supplemented/revised joint report per Rule 26(f) and stipulated facts |
| 3/26/2019 | NIP | 2.00 | 925.00 | 1850.00 | reviewed and revised draft R 26(f) report; reviewed and revised stipulated facts |
| 3/27/2019 | AMA | 2.50 | 765.00 | 1912.50 | Supplemented/revised initial disclosures |
| 3/27/2019 | NIP | 0.50 | 925.00 | 462.50 | conference with Adam Apton re discovery and loss causation |
| 3/28/2019 | AMA | 2.00 | 765.00 | 1530.00 | Drafted discovery demands to defendants |
| 3/28/2019 | AMA | 2.00 | 765.00 | 1530.00 | Prepared for upcoming pre-trial conference |
| 3/28/2019 | JC | 0.25 | 265.00 | 66.25 | bates stamped production |
| 4/1/2019 | AMA | 6.50 | 765.00 | 4972.50 | Traveled to and from DC to Philadelphia for initial pre-trial conference in USDC ED Pa. and attended same |
| 4/1/2019 | JC | 0.25 | 265.00 | 66.25 | discovery edits |
| 4/8/2019 | AMA | 3.00 | 765.00 | 2295.00 | Drafted subpoenas to non-party witnesses |
| 4/9/2019 | SHA | 0.50 | 265.00 | 132.50 | Conducted address searches |
| 4/15/2019 | AAK | 0.50 | 575.00 | 287.50 | Conversations with Adam Apton re. strategy |
| 4/15/2019 | AAK | 0.25 | 575.00 | 143.75 | Calls with clients |

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 4/15/2019 | AAK | 0.25 | 575.00 | 143.75 | Prepared for document review |
| 4/15/2019 | AMA | 0.75 | 765.00 | 573.75 | Discussed case status and litigation strategy |
| 4/16/2019 | AAK | 0.25 | 575.00 | 143.75 | Conference call with clients re. [redacted] |
| 4/16/2019 | AMA | 0.50 | 765.00 | 382.50 | Conference call with clients re [redacted] |
| 4/17/2019 | AAK | 4.50 | 575.00 | 2587.50 | Document review and drafted memo re. same |
| 4/18/2019 | AAK | 4.00 | 575.00 | 2300.00 | Researched SEC filings and analyzed document productions against filings; drafted and edited memo re. same |
| 4/18/2019 | AAK | 1.00 | 575.00 | 575.00 | Online research concerning recent developments concerning Lannett |
| 4/19/2019 | AAK | 1.00 | 575.00 | 575.00 | Reviewed defendants' presentation and updated memo; discussion with Adam Apton re. findings and next strategy |
| 4/19/2019 | AAK | 0.25 | 575.00 | 143.75 | Reviewed defendants' requests for productions |
| 4/22/2019 | AAK | 1.25 | 575.00 | 718.75 | Reviewed Defendants first requests for production and interrogatories; Discussion with Adam Apton re. same |
| 4/23/2019 | AAK | 0.50 | 575.00 | 287.50 | Contacted clients re. Defendants requests for discovery |
| 4/24/2019 | AAK | 1.25 | 575.00 | 718.75 | Prepared for call and call with client Wong re. [redacted] |
| 4/24/2019 | AAK | 1.00 | 575.00 | 575.00 | Prepared for call and call with client Wong re. [redacted] |
| 4/24/2019 | AMA | 2.25 | 765.00 | 1721.25 | Reviewed draft discovery responses |
| 4/25/2019 | AAK | 0.75 | 575.00 | 431.25 | Edited Request for production responses and discussion with Adam Apton re. same |
| 4/25/2019 | AAK | 0.50 | 575.00 | 287.50 | Drafted email to client |
| 4/26/2019 | AAK | 6.25 | 575.00 | 3593.75 | Reviewed discovery and prepared for production; emails to clients re. [redacted] |
| 4/29/2019 | AAK | 3.25 | 575.00 | 1868.75 | Reviewed documents for production, emails to client |
| 4/29/2019 | AAK | 0.25 | 575.00 | 143.75 | Drafted updated retainer |
| 5/1/2019 | AAK | 0.25 | 575.00 | 143.75 | Discovery production preparation |
| 5/2/2019 | AAK | 0.25 | 575.00 | 143.75 | Document production preparation |
| 5/2/2019 | AAK | 0.25 | 575.00 | 143.75 | Discussion with Adam Apton re. discovery |
| 5/5/2019 | AAK | 5.00 | 575.00 | 2875.00 | Drafted response to interrogatories and call with client re. [redacted]; reviewed documents |

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 5/6/2019 | AAK | 4.25 | 575.00 | 2443.75 | Finalized documents for production to defendants |
| 5/7/2019 | AMA | 2.50 | 765.00 | 1912.50 | Reviewed discovery production for relevancy and redaction |
| 5/7/2019 | AAK | 1.00 | 575.00 | 575.00 | Emails re. production of documents |
| 5/7/2019 | JC | 0.75 | 265.00 | 198.75 | plaintiff production creation |
| 5/8/2019 | AAK | 0.75 | 575.00 | 431.25 | Communications and review thereof re clients' interrogatories |
| 5/9/2019 | AAK | 4.75 | 575.00 | 2731.25 | Finalized interrogatories; coordinated with clients concerning [redacted] |
| 5/9/2019 | AMA | 2.25 | 765.00 | 1721.25 | Reviewed JSP responses to subpoenas |
| 5/10/2019 | AAK | 0.50 | 575.00 | 287.50 | Called client and email re. [redacted] |
| 5/10/2019 | AMA | 2.00 | 765.00 | 1530.00 | Reviewed JSP responses to subpoenas |
| 5/10/2019 | AMA | 1.00 | 765.00 | 765.00 | Reviewed interrogatory responses to defendants |
| 5/13/2019 | AMA | 1.00 | 765.00 | 765.00 | Reviewed discovery documents from defendants |
| 5/13/2019 | JC | 0.25 | 265.00 | 66.25 | Downloaded e-discovery materials and uploading |
| 5/13/2019 | AAK | 0.50 | 575.00 | 287.50 | Reviewed documents |
| 5/14/2019 | AMA | 3.00 | 765.00 | 2295.00 | Reviewed discovery documents and drafted memorandum re liability theory |
| 5/14/2019 | JC | 0.25 | 265.00 | 66.25 | Emails re document review assignments and review process |
| 5/14/2019 | PAH | 2.25 | 350.00 | 787.50 | Reviewed court memorandum on defendants' Motion to Dismiss; began review of defendants' documents in response to plaintiffs' Requests for Production |
| 5/15/2019 | NIP | 7.75 | 925.00 | 7168.75 | Reviewed status of document review |
| 5/15/2019 | PAH | 5.00 | 350.00 | 1750.00 | Reviewed plaintiffs' Requests for Production and Interrogatories to defendants; completed review of defendants' documents in response to Requests for Production; prepared chronological summary correlating produced documents with the plaintiff discovery requests |
| 5/20/2019 | JT | 0.50 | 265.00 | 132.50 | Processed and uploaded production documents to Eclipse |
| 5/21/2019 | JT | 0.30 | 265.00 | 79.50 | Communicated with R. Ozone re production |
| 5/28/2019 | GNes | 1.00 | 925.00 | 925.00 | Conference with defense counsel re possible settlement; internal meetings re parameters of same |
| 5/28/2019 | JT | 0.50 | 265.00 | 132.50 | Uploaded production |

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 5/29/2019 | AAK | 0.50 | 575.00 | 287.50 | Document review |
| 6/3/2019 | GNes | 0.50 | 925.00 | 462.50 | Telephonic conference with defense counsel |
| 6/4/2019 | GNes | 1.00 | 925.00 | 925.00 | Finalized tentative settlement with defendants |
| 6/11/2019 | AAK | 0.25 | 575.00 | 143.75 | Called clients re [redacted] |
| 6/17/2019 | AMA | 1.00 | 765.00 | 765.00 | Drafted requests for proposals re claims administrators |
| 6/19/2019 | ZAG | 0.50 | 265.00 | 132.50 | File management |
| 6/24/2019 | AAK | 8.00 | 575.00 | 4600.00 | Drafted and edited stipulation, notice, summary notice, orders, and proof of claim form |
| 6/25/2019 | JT | 0.25 | 265.00 | 66.25 | Assisted Bianca Budhai with notice formatting |
| 6/25/2019 | AAK | 6.75 | 575.00 | 3881.25 | Drafted and edited stipulation, notice, summary notice, orders, and proof of claim form |
| 6/27/2019 | AAK | 0.50 | 575.00 | 287.50 | Reviewed edits to stipulation and drafted letter to court |
| 6/27/2019 | AMA | 3.00 | 765.00 | 2295.00 | Supplemented/revised settlement papers and corresponded with claims administrator |
| 7/1/2019 | AMA | 3.50 | 765.00 | 2677.50 | Drafted settlement documents |
| 7/2/2019 | AAK | 3.75 | 575.00 | 2156.25 | Drafted preliminary approval brief |
| 7/4/2019 | AAK | 5.00 | 575.00 | 2875.00 | Drafted Preliminary approval brief |
| 7/9/2019 | AMA | 3.50 | 765.00 | 2677.50 | Drafted settlement papers |
| 7/10/2019 | AMA | 2.50 | 765.00 | 1912.50 | Drafted settlement papers |
| 7/11/2019 | AAK | 3.00 | 575.00 | 1725.00 | Drafted Preliminary approval brief |
| 7/11/2019 | AMA | 8.00 | 765.00 | 6120.00 | Drafted settlement papers |
| 7/12/2019 | AMA | 6.50 | 765.00 | 4972.50 | Drafted settlement papers |
| 7/19/2019 | AAK | 2.50 | 575.00 | 1437.50 | Researched for final approval brief and began drafting motion |
| 7/30/2019 | AMA | 6.50 | 765.00 | 4972.50 | Traveled to and attended preliminary approval hearing |
| 8/2/2019 | AAK | 0.50 | 575.00 | 287.50 | Reviewed Preliminary approval order |
| 11/25/2019 | AAK | 1.50 | 650.00 | 975.00 | Researched case law for final approval brief |
| 11/26/2019 | AAK | 1.50 | 650.00 | 975.00 | Prepared documents for clients claim submissions; calls with clients re status of case |
| 12/5/2019 | AAK | 0.50 | 650.00 | 325.00 | Communicated with client; communicated with claims administrator re. proof of claims |
| 12/10/2019 | AAK | 0.25 | 650.00 | 162.50 | Reviewed chamber rules |
| 12/11/2019 | AAK | 0.25 | 650.00 | 162.50 | Reviewed client's claim form |

| Date | Atty | Hours | Rate | Total | Description |
|---|---|---|---|---|---|
| 12/12/2019 | AAK | 0.50 | 650.00 | 325.00 | Emails with client and reviewed client's claim form; emails to claims administrator |
| 12/12/2019 | AAK | 2.25 | 650.00 | 1462.50 | Drafted fee brief |
| 12/13/2019 | AAK | 3.00 | 650.00 | 1950.00 | Drafted fee brief |
| 12/14/2019 | AAK | 1.50 | 650.00 | 975.00 | Reviewed hearing transcript and final approval brief |
| 12/21/2019 | AAK | 10.00 | 650.00 | 6500.00 | Researched, drafted, and edited motion for final approval |
| 12/22/2019 | AAK | 1.50 | 650.00 | 975.00 | Researched, drafted, and edited motion for final approval and motion for attorneys' fees |
| 1/3/2020 | AMA | 4.00 | 850.00 | 3400.00 | Supplemented/revised motion re final approval and attorneys' fees |